UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.                                                  CASE NO. 8:23-md-3075-MSS-TGW

ORIGINAL BIG TOMATO, LLC,
et al.,

    Defendants.

_____/

**O R D E R**

       THIS CAUSE came on for consideration upon the Motion to Withdraw (Doc. 2).

       Attorney Michelle Karinne Suarez seeks to withdraw as counsel for the defendant, Original Big Tomato, LLC, from July 17, 2023, through November 1, 2023, for parental leave (id., p. 1). Notably, she is the only attorney listed as counsel for this defendant. While the defendant consents to the withdrawal, there is no indication as to whether the defendant will continue to be represented by counsel. Importantly, the defendant cannot represent itself pursuant to Local Rule 2.02(b)(2). Thus, the motion will be denied without prejudice.

       It is, therefore, upon consideration

       ORDERED:

That the Motion to Withdraw (Doc. 2) be, and the same is hereby, **DENIED without prejudice**. Accordingly, Michelle Karinne Suarez is not relieved of further responsibility in this case.

DONE and ORDERED at Tampa, Florida, this 14th day of June, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE