**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE: PREPARED FOOD PHOTOS,**
**INC., COPYRIGHT LITIGATION**

**MDL No. 3075**

**Case No: 8:23-md-03075-MSS-TGW**

<u>**Member cases:**</u>
**8:23-cv-01270-MSS-TGW**
**8:23-cv-01278-MSS-TGW**
**8:23-cv-01296-MSS-TGW**
**8:23-cv-01297-MSS-TGW**
**8:23-cv-01300-MSS-TGW**
**8:23-cv-01306-MSS-TGW**
**8:22-cv-01924-MSS-TGW**

**This Document Relates to ALL CASES**

<u>**SCHEDULING ORDER 1**</u>

On June 27, 2023, the Court held a status conference in this matter. For the reasons stated on the record at the hearing, the Court hereby **ORDERS** as follows:

1. Attorney Daniel DeSouza of DeSouza Law, PA shall serve as Lead Counsel for Plaintiff Prepared Food Photos, Inc. Attorney Lidia C. Mowad of Miles & Stockbridge P.C. shall serve as Lead Counsel for Defendants.

- 1 -

2. The Parties shall have up to and including **October 25, 2023** to conduct **two (2) depositions PER SIDE** (not per Party) with subpoena duces tecum authority of **five (5) requests PER DEPONENT**, inclusive of parts and subparts. The depositions shall be conducted **in person** and shall last no longer than **four (4) hours**.

3. Within **thirty (30) days** of the date of this Order, the Parties shall file a notice advising the Court of the date, time, and location of the scheduled depositions and the names of the deponents.

4. Within **fourteen (14) days** of the conclusion of the depositions, the Parties shall file a joint notice advising the Court as to whether an early mediation would be productive.

**DONE and ORDERED** in Tampa, Florida, this 6th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party