# UNITED STATES DISTRICT COURT
### for the
## MIDDLE DISTRICT OF FLORIDA

IN RE: PREPARED FOOD PHOTOS,   )
INC., COPYRIGHT LITIGATION    )   MDL NO. 3075
        )
        )   Case No. 8:23-md-03075-MSS-TGW

This Document Relates to ALL CASES

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Mola Pizza, Inc., N&K Foods, Inc. d/b/a Wings, Things & Pizza, and Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit.

Date:  August 24, 2023                 /s/ H. Alan Rothenbuecher
                                         *Attorney's Signature*

                                        H. Alan Rothenbuecher FL846244
                                        *Printed name and bar number*

                                        127 Public Square, Suite 4900
                                        Cleveland, OH 44114
                                        *Address*

                                        arothenbuecher@beneschlaw.com
                                        *E-mail address*

                                        (216) 363-4500
                                        *Telephone number*

                                        (216) 363-4588
                                        *Fax number*