IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE: PREPARED FOOD PHOTOS, :
INC., COPYRIGHT LITIGATION : Case No. 8:23-MD-03075-MSS-TGW
:
: Honorable Judge Scriven
:
: **This Document Relates to All Cases.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulates with defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza to dismiss this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated: October 9, 2023.

1

23073797 v1

/s/ Daniel DeSouza_____
Daniel DeSouza, Esq.
Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: 877-437-6228
dan@copycatlegal.com

*Counsel for Plaintiff*


/s/ Brent M. Ahalt\_\_\_
Brent M. Ahalt, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770
Telephone: 301-441-2420
bahalt@mhlawyers.com

*Counsel for Defendant Three Brothers of Hyattsville, LLC*

/s/ Lidia C. Mowad_____
Alan Rothenbuecher, Esq.
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
127 Public Square
Suite 4900
Cleveland, OH 44114
Telephone: 216-363-4500
arothenbuecher@beneschlaw.com

- and –

Mark Avsec (Admitted *pro hac vice*)
Andrew G. Fiorella (Admitted *pro hac vice*)
Lidia C. Mowad (Admitted *pro hac vice*)
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:   216-363-4500
Facsimile:   216-363-4588
mavsec@beneschlaw.com
afiorella@beneschlaw.com
lmowad@beneschlaw.com

*Counsel for Defendants MyPizza Technologies, Inc. d/b/a Slice, Mola Pizza, Inc., Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza*

/s/ Danielle Dudai
Danielle Dudai, Esq.
Hall Booth Smith
1400 Centrepark Blvd
Suite 400
West Palm Beach, FL 33401
Telephone: 561-812-1914
ddudai@hallboothsmith.com

*Counsel for Defendant Original Big Tomato, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.